United States District Court
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    KUMAN BANQUE, LLC,                      No. C 11-4472 CW

5          Plaintiff,                        ORDER GRANTING
                                             UNOPPOSED MOTION
6      v.                                    TO SET ASIDE ENTRY
                                             OF DEFAULT OF
7    BRYNEE K. BAYLOR; BAYLOR &              BRYNEE K. BAYLOR
     JACKSON, PLLC; THE MILAN GROUP,         (Docket No. 115)
8    INC.; SUSAN KEVRA-SHINER, as            AND ADDRESSING
     Executrix for the estate of Frank       FUTURE DATES
9    Lorenzo Pavlico III; GPH
     HOLDINGS, LLC; PATRICK LEWIS;
10   BRETT A. COOPER; DAWN R. JACKSON;
     SUSAN C. KEVRA; MIA C.
11   BALDASSARI; ELMO BALDASSARI; THE
     LAW OFFICE OF SUSAN C. KEVRA; and
12   DOES 1-50,

13         Defendants.
     _____/
14
         On February 15, 2013, Defendant Brynee K. Baylor filed a
15
     motion to set aside the entry of default against her.[1]  Docket No.
16
     115.  Baylor represents that she was not aware of the amended
17
     pleadings in this action or the case management conferences
18
     because the notices were mailed to her former office, from which
19
     she had relocated over a year ago.  With her motion, Baylor has
20
     filed a notice of her change of address and an answer to the first
21
     amended complaint.  Docket Nos. 114, 116.
22
         Plaintiff Kuman Banque, LLC has filed a statement of
23
     non-opposition to Baylor's motion.  Docket No. 125.  Accordingly,
24

25   _____

26       [1] In her motion, Baylor seeks to vacate a default judgment
     entered against her pursuant to Federal Rule of Civil Procedure
27   60(b).  However, no judgment has been entered in this action.
     Accordingly, the Court construes Baylor's motion as an effort to
28   set aside entry of default pursuant to Federal Rule of Civil
     Procedure 55(c).

1 the Court GRANTS Baylor's unopposed motion to set aside entry of

2 default (Docket No. 115).  The Clerk of the Court is directed to

3 set aside the default of Baylor.

4     The Court reminds the parties that, pursuant to Civil Local

5 Rule 3-11, if their address changes while this action is pending,

6 they are required to "promptly file with the Court and serve upon

7 all opposing parties a Notice of Change of Address specifying the

8 new address" and that failure to do so in the future may result in

9 the striking of their answer or dismissal of their claims.

10     The Court maintains the case management dates previously set

11 in this action, except that it sets a further case management

12 conference for July 25, 2013 at 2:00 p.m. to take place alongside

13 the dispositive motion hearing and vacates the case management

14 conference that was previously set for August 7, 2013 at 2:00 p.m.

15 See Docket Nos. 104, 120, 123.  The further case management

16 conference will take place on July 25, 2013 regardless of whether

17 a dispositive motion is filed.

18     The case management dates set in this action are applicable

19 to all parties, including Baylor.  The Court warns Baylor that

20 failure to appear at future court dates, including the July 25,

21 2013 case management conference and motion hearing, may result in

22 the striking of her answer and entry of default against her.

23     IT IS SO ORDERED.

24

25 Dated: 3/5/2013

                                       CLAUDIA WILKEN
                                       United States District Judge

26

27

28

**United States District Court**
For the Northern District of California

2