IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMAN BANQUE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; SUSAN KEVRA-SHINER, as Executrix for the estate of Frank Lorenzo Pavlico III; GPH HOLDINGS, LLC; PATRICK LEWIS; BRETT A. COOPER; DAWN R. JACKSON; SUSAN C. KEVRA; MIA C. BALDASSARI; ELMO BALDASSARI; THE LAW OFFICE OF SUSAN C. KEVRA; and DOES 1-50,<br><br>    Defendants.<br>_____/ | No. C 11-4472 CW<br><br>ORDER REGARDING ATTORNEY STEPHEN J. HASSING'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KUMAN BANQUE, LLC |

On April 7, 2013, attorney Steven J. Hassing filed a motion to withdraw as counsel for Plaintiff Kuman Banque, LLC and noticed it for hearing on May 16, 2013 at 2:00 p.m. Docket No. 136. Because Plaintiff was served with a copy of the motion by mail, its response to the motion must be filed no later than April 24, 2013. See Civil Local Rule 7-3(a).

The motion to withdraw appears to be well-taken. Thus, Plaintiff is notified that, if it fails to file a written opposition by April 22, 2013 or to appear at the May 16, 2013 hearing to oppose the motion, the motion to withdraw will be granted. Withdrawal may be subject to the condition that Mr. Hassing continues to accept service of papers for forwarding purposes until Plaintiff has obtained new counsel.

Further, as an LLC, Plaintiff cannot represent itself to prosecute this case. See Civil Local Rule 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); D-Beam Ltd. P'ship v. Roller Derby Skates, Inc., 366 F.3d 972, 973-74 (9th Cir. 2004) ("It is a longstanding rule that corporations and other unincorporated associations must appear in court through an attorney."). Accordingly, Plaintiff is notified that, if the motion to withdraw is granted, it must find substitute counsel to represent it. If Mr. Hassing's motion is granted, the Court will permit Plaintiff fourteen days in which to locate new counsel and have counsel make an appearance in this case. Plaintiff is forewarned that, if it does not find counsel to represent it and to make an appearance in this case within the time permitted, the Court will dismiss its case for failure to prosecute.

The Clerk is directed to serve a copy of this Order upon Plaintiff at the addresses listed on pages five to six of Mr. Hassing's motion. The Clerk is also directed to serve a copy of this Order upon Larry Kudla and Meilin Liu at the email addresses listed on those pages of the motion.

IT IS SO ORDERED.

Dated: 4/8/2013

CLAUDIA WILKEN
United States District Judge

2