IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMAN BANQUE, LLC, | No. C 11-4472 CW |
| Plaintiff, | ORDER GRANTING ATTORNEY STEPHEN J. HASSING'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KUMAN BANQUE, LLC |
| v. | |
| BRYNEE K. BAYLOR; BAYLOR & JACKSON, PLLC; THE MILAN GROUP, INC.; SUSAN KEVRA-SHINER, as Executrix for the estate of Frank Lorenzo Pavlico III; GPH HOLDINGS, LLC; PATRICK LEWIS; BRETT A. COOPER; DAWN R. JACKSON; SUSAN C. KEVRA; MIA C. BALDASSARI; ELMO BALDASSARI; THE LAW OFFICE OF SUSAN C. KEVRA; and DOES 1-50, | |
| Defendants. | |

On April 7, 2013, attorney Steven J. Hassing filed a motion to withdraw as counsel for Plaintiff Kuman Banque, LLC and noticed it for hearing on May 16, 2013 at 2:00 p.m. Docket No. 136. Mr. Hassing served the motion on Plaintiff by mail. Docket No. 136-2.

On April 8, 2013, the Court issued an order stating that the motion to withdraw appeared to be well-taken. Docket No. 137. The Court provided Plaintiff with notice that, if it failed to file a written opposition to the motion by the response deadline or to appear that the hearing to oppose it, the motion would be granted.

Plaintiff did not file a written opposition and did not appear at the May 16, 2013 hearing. Accordingly, the Court GRANTS Mr. Hassing's unopposed motion to withdraw as counsel for Plaintiff (Docket No. 136). Pursuant to Civil Local Rule 11-5(b),

withdrawal is subject to the condition that papers may continue to be served on him for forwarding purposes to Plaintiff, unless and until Plaintiff appears through other counsel.

As the Court noted in the April 8, 2013 order, because it is an LLC, Plaintiff cannot represent itself in this matter.  Thus, if it wishes to prosecute this case, it must locate new counsel to represent it and have counsel make an appearance in his case within fourteen days of the date of this order.  Plaintiff is warned again that, if it does not find counsel to represent it and to make an appearance in this case within the time permitted, the Court will dismiss its case for failure to prosecute.

The Clerk is directed to serve a copy of this order upon Plaintiff at the addresses listed on pages five to six of Mr. Hassing's motion to withdraw.  The Clerk is also directed to serve a copy of this Order upon Larry Kudla and Meilin Liu at the email addresses listed on those pages of that motion.

IT IS SO ORDERED.

Dated: 5/17/2013

CLAUDIA WILKEN
United States District Judge