1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

KUMAN BANQUE, LLC,                          No. C 11-4472 CW

5

          Plaintiff,                        ORDER DISMISSING
                                            CASE FOR FAILURE
6

     v.                                     TO PROSECUTE AND
                                            TERMINATING
7

BRYNEE K. BAYLOR; BAYLOR &                  PENDING MOTIONS AS
JACKSON, PLLC; THE MILAN GROUP,             MOOT
8

INC.; SUSAN KEVRA-SHINER, as
Executrix for the estate of Frank
9

Lorenzo Pavlico III; GPH
HOLDINGS, LLC; PATRICK LEWIS;
10

BRETT A. COOPER; DAWN R. JACKSON;
SUSAN C. KEVRA; MIA C.
11

BALDASSARI; ELMO BALDASSARI; THE
LAW OFFICE OF SUSAN C. KEVRA; and
12

DOES 1-50,

13

          Defendants.
_____/
14

15

     On May 17, 2013, the Court granted attorney Steven J.

16

Hassing's motion to withdraw as counsel for Plaintiff Kuman

17

Banque, LLC.  Docket No. 144.  The Court noted in the order that,

18

because Plaintiff is an LLC, it cannot represent itself in this

19

matter and, if it wishes to prosecute this case, it must locate

20

new counsel to represent it.  The Court permitted Plaintiff

21

fourteen days to locate new counsel and have that counsel make an

22

appearance in the case.  Plaintiff was warned that, if it did not

23

find counsel to represent it and to make an appearance within the

24

time permitted, the Court would dismiss its case based on its

25

failure to prosecute.[1]

26

_____

27

     [1] On April 8, 2013, the Court cautioned Plaintiff that it
would need to locate new counsel if the motion to withdraw were
28

granted and warned Plaintiff of the consequences if it failed to
do so.  Docket No. 137.

**United States District Court**
For the Northern District of California

As of the date of this Order, no new attorney has entered an appearance on behalf of Plaintiff. Plaintiff also has not sought additional time to locate new counsel. Accordingly, the Court dismisses this case in its entirety for failure to prosecute.

Because this case is dismissed, Defendants Dawn Jackson and Mia Baldassari's motions to set aside entry of default and Jackson's motion to quash service and dismiss are terminated as moot. Docket Nos. 110, 127, 129 and 135.[2]

IT IS SO ORDERED.

Dated: 6/3/2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

---

[2] Because several of the pro se Defendants appear to believe that default judgment has been entered against them in this case, the Court clarifies that no such judgment has been issued.

2